**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Dixie Lynn Oxendine**                    **Docket No. 7:09-CR-1-3H**

**Petition for Action on Supervised Release**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dixie Lynn Oxendine, who, upon an earlier plea of guilty to Interference with Commerce by Robbery and Aiding and Abetting in violation of 18 U.S.C. §§1951 and 2, and Use of a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting in violation of 18 U.S.C. §§924(c)(1)(A) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 13, 2009, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dixie Lynn Oxendine was released from custody on March 25, 2015, at which time the term of supervised release commenced. On July 12, 2016, it was reported to the court that the defendant was associating with a convicted felon, and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant associated with convicted felon John Paul Outen and, on July 29, 2016, committed the offense of Assault and Battery by striking Outen in the head with a bottle. As a sanction for these violations, we recommend modifying the conditions of supervised release to require her to be on home confinement for 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew for 60 days as directed by the probation officer. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Eddie J. Smith                        /s/ Thomas E. Sheppard
Eddie J. Smith                            Thomas E. Sheppard
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-354-2541
                                          Executed On: August 12, 2016

Dixie Lynn Oxendine
Docket No. 7:09-CR-1-3H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15th___ day of ___August___, 2016, and ordered filed and made a part of the records in the above case.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge